1  Dolores E. Gonzales, Esq. (Bar No. 171306)
2  *dolores.gonzales@bravolawgroup.com*
   James R. Robertson, Esq. (Bar No. 204923)          **JS-6**
3  *james.robertson@bravolawgroup.com*
4  BRAVO LAW GROUP, A.P.C.
   4025 Camino Del Rio South, Suite 300
5  San Diego, CA 92108
6  Telephone: (858) 300-1900
   Facsimile: (858) 300-1910
7
8  Attorneys for Defendants
   THOR MOTOR COACH, INC.
9
10            UNITED STATES DISTRICT COURT
11   CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION
12
13  BLANCA MERCHAIN; and PHILIP          Case No.  8:20-cv-01262-DOC(ADSx)
    MERCHAIN, JR.,                        (*reassigned from USDC- District of CA
14                                        Eastern, Case No. 5:20-cv-01397; removed
                                          from Orange Superior Court, Case No. 30-
15           Plaintiffs,                  202-01142622-CU-BC-CJC*)
16     vs.
17                                        ORDER ON MOTION OF THOR
    THOR MOTOR COACH, INC.; and           MOTOR COACH, INC. TO
18  DOE 1 through DOE 10, inclusive,      TRANSFER VENUE TO INDIANA
                                          FEDERAL COURT PURSUANT TO
19           Defendants.                  28 U.S.C. §1404(a) [12]  and ORDER
20                                        ON MOTION OF PLAINTIFFS
                                          BLANCA MERCHAIN, PHILIP
21                                        MERCHAIN, JR. TO REMAND
22                                        CASE TO ORANGE COUNTY
                                          SUPERIOR COURT [11]
23
24                                        Motion Hearing Date:  Sept. 14, 2020
25                                        Motion Time:          8:30 am
                                          Dept.:                9D
26
27
28

ORDER ON DEFENDANT THOR'S MOTION TO TRANSFER ACTION

BRAVO LAW GROUP, A.P.C.
4025 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CALIFORNIA 92108

TO ALL PARTIES, THEIR COUNSEL OF RECORD, AND TO THE UNITED STATES DISTRICT COURT, CENTRAL DISCTRICT OF CALIFORNIA, COURTROOM 6D, THE HONORABLE DAVID O. CARTER, PRESIDING:

Defendant Thor Motor Coach, Inc.'s Motion to Transfer Venue to Indiana Federal Court pursuant to 28 U.S.C. Section 1404(a) came on regularly for hearing on September 14, 2020 at 8:30 am in the above referenced Court, the Hon. David O. Carter, presiding.

Upon review of the record and all briefing filed by all parties, the Court ruled as follows:

IT IS HEREBY ORDERED THAT, based on the provision in the express warranty issued by Defendant Thor Motor Coach, Inc. that accompanied the sale of the subject vehicle to Plaintiffs, which provides that "exclusive jurisdiction for deciding legal disputes relating to alleged breach of warranty or representations of any nature rests in courts within the state of manufacture, which is Indiana", that this lawsuit should be transferred to the United States Federal Court for the Northern District of Indiana in South Bend, Indiana. Dkt. 12. The Court hereby DENIES Plaintiffs Blanca Merchain, Philip Merchain, Jr. Motion to Remand Case to Orange County Superior Court as moot. Dkt. 11.

IT IS SO ORDERED

DATE: <u>September 30, 2020</u>     BY: _____

DAVID O. CARTER, JUDGE
UNITED STATES DISTRICT COURT

BRAVO LAW GROUP, A.P.C.
4025 CAMINO DEL RIO SOUTH, SUITE 300
SAN DIEGO, CALIFORNIA 92108

ORDER ON DEFENDANT THOR'S MOTION TO TRANSFER ACTION